UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUDY RIVERA, | ) | |
| | ) | Case No. 2:17-cv-02776-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL BOGDEN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On April 9, 2018, Defendant Corrections Corporation of America filed a notice of service of initial disclosures. Docket No. 22. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 22, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 9, 2018

NANCY J. KOPPE
United States Magistrate Judge