UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RUDY RIVERA,

    Plaintiff(s),

v.

DANIEL BOGDEN, et al.,

    Defendant(s).

Case No.: 2:17-cv-02776-JCM-NJK

**ORDER**

[Docket No. 30]

Pending before the Court is a stipulation to extend certain deadlines. Docket No. 30. Although a close question, the Court finds sufficient cause for the particular extension sought with respect to experts, and will **GRANT** the stipulation. Nonetheless, the stipulation raises concern that discovery has not been conducted in a diligent manner generally speaking. Discovery has been open for nearly five months. *See* Docket No. 30 at 2 (Rule 26(f) conference held on March 21, 2018); *see also* Fed. R. Civ. P. 26(d)(1). Despite acknowledging that "Plaintiff needs to propound written discovery and take numerous depositions," the stipulation identifies no affirmative discovery of any kind sought by Plaintiff to date. *See* Docket No. 30 at 2. <u>Discovery needs to get moving.</u>

Accordingly, in light of the above, the stipulation is hereby **GRANTED** and deadlines are **SET** as follows:

- Amend pleadings/ add parties: Closed
- Plaintiff's initial experts: September 5, 2018
- Defendant Core Civic's initial experts: October 22, 2018

1

- Interim status report: December 4, 2018
- Rebuttal experts: December 4, 2018
- Discovery cutoff: February 1, 2019
- Dispositive motions: March 5, 2019
- Joint proposed pretrial order: April 4, 2019, or 30 days after resolution of dispositive motions

**The Court expects discovery to move forward expeditiously and is not inclined to extend deadlines any further without significant progress being made.**

IT IS SO ORDERED.

Dated: August 7, 2018

_____
Nancy J. Koppe
United States Magistrate Judge