# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUDY RIVERA,

    Plaintiff(s),

v.

DANIEL BOGDEN, et al.,

    Defendant(s).

Case No.: 2:17-cv-02776-JCM-NJK

**ORDER**

Defendants Bogden, Craig and Cushman were served eight months ago, Docket Nos. 9-11, but have not appeared in this case. Plaintiff has not advanced his claims against those Defendants. Accordingly, Plaintiff shall file either motions for default or a status report by September 14, 2018.

IT IS SO ORDERED.

Dated: September 7, 2018

_____
Nancy J. Koppe
United States Magistrate Judge