MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No.: 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No.: 011920
CALLISTER LAW GROUP
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel. No.: (702) 385-3343
Fax No.: (702) 385-2899
Email: mqc@callcallister.com
        mbisson@callcallister.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUDY RIVERA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BOGDEN, United States Attorney, in his individual capacity; AMBER CRAIG, Assistant United States Attorney, in her individual capacity; SUSAN CUSHMAN, Assistant United States Attorney, in her individual capacity; UNITED STATES MARSHAL WITH INITIALS "MK", United States Marshal, in his individual capacity; CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CCA EMPLOYEES I though XX; DOE INDIVIDUALS I through XX;<br><br>Defendants. | Case No.: 2:17-02776-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS DANIEL BOGDEN, AMBER CRAIG, AND SUSAN CUSHMAN WITHOUT PREJUDICE** |

The parties, Plaintiff RUDY RIVERA ("Plaintiff") and Defendant CORRECTIONS CORPORATION OF AMERICA ("CoreCivic") by and through their counsel of record, in accordance with F.R.C.P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal without prejudice as to all claims and causes of action against Defendants DANIEL BOGDEN, AMBER CRAIG,

///

///

///

and SUSAN CUSHMAN, with each party to bear their own attorney's fees and costs.

THE PARTIES FURTHER STIPULATE that the amount in controversy exceeds the jurisdictional amount of $75,000; complete diversity exists between Plaintiff and CoreCivic; and that based on these facts, the matter should remain in federal court on diversity jurisdiction grounds.

DATED this 14th day of September, 2018.   DATED this 14th day of September, 2018.

**CALLISTER LAW GROUP**   **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

/s/ *Mitchell S. Bisson*   /s/ *Jacob B. Lee*
**MATTHEW Q. CALLISTER, ESQ.**   **JACOB B. LEE, ESQ.**
Nevada Bar No. 001396   Nevada Bar No. 12428
**MITCHELL S. BISSON, ESQ.**   3100 W. Ray Road, Ste 300
Nevada Bar No. 011920   Chandler, Arizona, 89226
330 E. Charleston Blvd., Suite #100   GINA G. WINSPEAR, ESQ.
Las Vegas, Nevada 89101   Nevada Bar No. 5552
*Attorneys for Plaintiff*   3301 North Buffalo Dr., Ste. 195
　　　Las Vegas, NV 89129
*Attorney for Defendant Corrections Corporation of America/CoreCivic*

**ORDER**

**IT IS SO ORDERED.**

DATED September 19, 2018.

_____
UNITED STATES DISTRICT JUDGE