UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUDY RIVERA, | Case No. 2:17-CV-2776 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| DANIEL BOGDEN, et al., | |
| Defendant(s). | |

Presently before the court is plainitff's motion to set a status conference in the matter of *Rivera v. Daniel Bogden, et al.*, case number 2:17-cv-02776-JCM-NJK.  (ECF No. 94).

On May 28, 2021, the Ninth Circuit filed an opinion reversing and remanding this court's summary judgment in favor of defendant CoreCivic, formerly Corrections Corporation of America.  (ECF No. 89).  The order on mandate was entered in this court on June 25, 2021.  (ECF No. 92).  No further activity has transpired until plaintiff's filing of the instant motion to set a status conference.  (ECF No. 94).

The court does not find a status conference necessary.  The parties shall meet and confer and file a joint pretrial order pursuant to LR 16-3 and 16-4 within 30 days of this order.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to set a status conference (ECF No. 94) be, and the same hereby is, DENIED.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties are instructed to file a joint pretrial order pursuant to LR 16-3 and 16-4 within 30 days of this order.

DATED April 11, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -