Daniel P. Struck *(admitted pro hac vice)*
AZ Bar No. 012377
Rachel Love *(admitted pro hac vice)*
AZ Bar No. 019881
Jacob B. Lee
NV Bar No. 012428
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
DStruck@strucklove.com
RLove@strucklove.com
JLee@strucklove.com

*Attorneys for Defendant
Corrections Corporation of America/CoreCivic*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUDY RIVERA, | Case No.  2:17-cv-02776-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL** |
| DANIEL BOGDEN, et al., | |
| Defendants. | |

Defendant, Corrections Corporation of America ("CoreCivic"),[1] and Plaintiff, Rudy Rivera ("Plaintiff") (collectively, "Parties"), through their respective counsel, stipulate and agree to continue trial, which is currently set for the October 31, 2022 trial stack. Good cause exists to continue trial, as Plaintiff's counsel has a complex criminal trial set for a five-week stack beginning November 14, 2022. The Parties have conferred and are available for trial in this matter on January 17, 2023. If that date is not available, the parties request that the Court set a telephonic scheduling conference to set a new trial date.

---

[1] Corrections Corporation of America is now CoreCivic.

DATED this 5th day of October 2022.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Jacob B. Lee
    Daniel P. Struck
    Rachel Love
    Jacob B. Lee
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    DStruck@strucklove.com
    RLove@strucklove.com
    JLee@strucklove.com

    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Dr., Suite 195
    Las Vegas, NV 89129
    GWinspear@dennettwinspear.com

    *Attorneys for Defendant*
    *Corrections Corporation of America/CoreCivic*

By /s/ E. Brent Bryson (w/Permission)
    Mitchell S. Bisson
    LAW OFFICES OF MITCHELL S. BISSON, ESQ.
    Nevada Bar No. 11920
    911 N. Buffalo Dr., Suite 201
    Las Vegas, Nevada 89128
    702-602-4990
    mbisson@bissonlegal.com

    E. Brent Bryson
    E. BRENT BRYSON, LTD.
    3202 West Charleston Blvd.
    Las Vegas, Nevada 89102
    ebbesqltd@yahoo.com

    *Attorneys for Plaintiff*

IT IS ORDERED that the Calendar Call currently set for October 26, 2022, at 1:30 p.m. be vacated and continued to May 3, 2023, at 1:30 p.m.; and the trial currently set for October 31, 2022, at 9:00 a.m. be vacated and continued to May 8, 2023, at 9:00 a.m. in courtroom 6A.

**IT IS SO ORDERED:**

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE
DATED: October 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mitchell S. Bisson
LAW OFFICES OF MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Suite 201
Las Vegas, Nevada 89128
702-602-4990
mbisson@bissonlegal.com

E. Brent Bryson, Esq.
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
ebbesqltd@yahoo.com
*Attorney for Plaintiff*

/s/ Allen Rowley