Daniel P. Struck *(admitted pro hac vice)*
AZ Bar No. 012377
Rachel Love *(admitted pro hac vice)*
AZ Bar No. 019881
Jacob B. Lee
NV Bar No. 012428
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
DStruck@strucklove.com
RLove@strucklove.com
JLee@strucklove.com

*Attorneys for Defendant*
*Corrections Corporation of America/CoreCivic*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUDY RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL BOGDEN, et al.,<br><br>    Defendants. | Case No.  2:17-cv-02776-JCM-NJK<br><br>**STIPULATION TO CONTINUE TRIAL** |

Defendant, Corrections Corporation of America ("CoreCivic"),[1] and Plaintiff, Rudy Rivera ("Plaintiff"), through counsel, stipulate and agree to continue trial, which is currently set for the May 22, 2023 trial stack. Good cause exists to continue trial, as CoreCivic's counsel has personal family commitments during that week that cannot be moved. The parties have conferred and are available for trial in this matter on the stack beginning January 29, 2024. If that date is not available, the parties request that the Court set a telephonic scheduling conference to set a new trial date.

---

[1] Corrections Corporation of America is now CoreCivic.

DATED this 26th day of April 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Jacob B. Lee
Daniel P. Struck
Rachel Love
Jacob B. Lee
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
DStruck@strucklove.com
RLove@strucklove.com
JLee@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

*Attorneys for Defendant*
*Corrections Corporation of America/CoreCivic*

By /s/ E. Brent Bryson (w/Permission)
Mitchell S. Bisson
LAW OFFICES OF MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Suite 201
Las Vegas, Nevada 89128
702-602-4990
mbisson@bissonlegal.com

E. Brent Bryson
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
ebbesqltd@yahoo.com

*Attorneys for Plaintiff*

IT IS ORDERED that this trial currently set for May 22, 2023, at 9:00 a.m. is hereby continued to January 22, 2024, at 9:00 a.m. Calendar call currently set for May 17, 2023, at 1:30 p.m. is continued to January 17, 2024, at 1:30 p.m.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: April 27, 2023

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mitchell S. Bisson
LAW OFFICES OF MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
911 N. Buffalo Dr., Suite 201
Las Vegas, Nevada 89128
702-602-4990
mbisson@bissonlegal.com

E. Brent Bryson, Esq.
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
ebbesqltd@yahoo.com
*Attorney for Plaintiff*

/s/ Allen Rowley