Daniel P. Struck *(admitted pro hac vice)*
AZ Bar No. 012377
Rachel Love *(admitted pro hac vice)*
AZ Bar No. 019881
Jacob B. Lee
NV Bar No. 012428
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
DStruck@strucklove.com
RLove@strucklove.com
JLee@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendant*
*Corrections Corporation of America/CoreCivic*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUDY RIVERA,<br><br>                Plaintiff,<br><br>v.<br><br>DANIEL BOGDEN, et al.,<br><br>                Defendants. | Case No. 2:17-cv-02776-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Rudy Rivera, and Defendant, Corrections Corporation of America,[1] stipulate to dismiss all claims filed in the above-entitled action in their entirety with prejudice and that each party will bear their own attorneys' fees and costs in this matter.

DATED this 26th day of January 2024.

| LAW OFFICES OF MITCHELL S. BISSON | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| By /s/ Mitchell S. Bisson (w/ permission)<br>Mitchell S. Bisson, Esq.<br>911 North Buffalo Drive, Suite 202<br>Las Vegas, NV 89128<br>mbisson@bissonlegal.com<br><br>E. Brent Bryson, Esq.<br>E. BRENT BRYSON, LTD.<br>3202 West Charleston Blvd.<br>Las Vegas, Nevada 89102<br>ebbesqltd@yahoo.com<br><br>*Attorneys for Plaintiff* | By /s/ Jacob B. Lee<br>Daniel P. Struck<br>Rachel Love<br>Jacob B. Lee<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>DStruck@strucklove.com<br>RLove@strucklove.com<br>JLee@strucklove.com<br><br>Gina G. Winspear<br>DENNETT WINSPEAR<br>3301 North Buffalo Dr., Suite 195<br>Las Vegas, NV 89129<br>GWinspear@dennettwinspear.com<br><br>*Attorneys for Defendant Corrections Corporation of America/CoreCivic* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2024

---

[1] Corrections Corporation of America is now CoreCivic.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mitchell S. Bisson, Esq.
LAW OFFICES OF MITCHELL S. BISSON
911 North Buffalo Drive, Suite 202
Las Vegas, NV 89128
Tel.: (702) 602-4990
mbisson@bissonlegal.com
*Attorney for Plaintiff*

E. Brent Bryson, Esq.
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
ebbesqltd@yahoo.com
*Attorney for Plaintiff*

/s/ Kim Penny